BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

                    v.

MARTIN STEWART CULLENWARD,
JASON ALLEN SMITH,

                              Defendants.

CASE NO.  2:13-CR-134 JAM
CASE NO.  2:13-CR-060 JAM

JOINT STIPULATION AND ORDER TO AMEND
JUDGMENTS

S T I P U L A T I O N

The parties stipulate and agree that the judgments in the above captioned cases should be amended to reflect the following information regarding the joint and several nature of the restitution amounts owed by each defendant.

1.  <u>Cullenward</u> (2:13-cr-060 JAM): a total of $1,483,620.14 in restitution to be paid to Raley's.

    a.  100% of that amount to be paid jointly and severally with Magana.

    b.  $474,581.90 of that amount to be paid jointly and severally with Smith.

2.  <u>Smith</u> (2:13-cr-134 JAM): a total of $1,679,910.61 in restitution to be paid to Raley's.

    a.  100% of that amount to be paid jointly and severally with Magana.

    b.  $474,581.90 of that amount to be paid jointly and severally with Cullenward.

///

///

1

As to Mr. Cullenward, the above information should be added to the Joint and Several section of his judgment, which is on page 7.  As to Mr. Smith, the above information should be added to the Joint and Several section of his judgment, which is on page 6.

The parties agree that the total amount of restitution owed by each defendant is correctly stated on their current judgments.


Dated:  March 20, 2014                          BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ MICHAEL M. BECKWITH
                                                MICHAEL M. BECKWITH
                                                Assistant United States Attorney


Dated:  March 20, 2014                          /s/ THOMAS A. JOHNSON
                                                THOMAS A. JOHNSON
                                                Attorney for Defendant Cullenward


Dated:  March 21, 2014                          /s/ JOHNNY L. GRIFFIN, III
                                                JOHNNY L. GRIFFIN, III
                                                Attorney for Defendant Smith

2

O R D E R

Upon application of the parties, IT IS HEREBY ORDERED that the judgments in case numbers 2:13-cr-060 JAM and 2:13-cr-134 JAM be amended to address joint and several nature of the restitution amounts owed by each defendant as follows:

1. <u>Cullenward</u> (2:13-cr-060 JAM): a total of $1,483,620.14 in restitution to be paid to Raley's.

    a.  100% of that amount to be paid jointly and severally with Magana.

    b.  $474,581.90 of that amount to be paid jointly and severally with Smith.

2. <u>Smith</u> (2:13-cr-134 JAM): a total of $1,679,910.61 in restitution to be paid to Raley's.

    a.  100% of that amount to be paid jointly and severally with Magana.

    b.  $474,581.90 of that amount to be paid jointly and severally with Cullenward.

As to Mr. Cullenward, the above information shall be added to the Joint and Several section of his judgment, which is on page 7.  As to Mr. Smith, the above information shall be added to the Joint and Several section of his judgment, which is on page 6.

DATED: 3/24/2014

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE